## L. H. Barkhausen and Randolph Bohrer, Trading as Doubleby Company, Appellees, v. Wilgus Naugher, Appellant.

### Gen. No. 43,562.

Heard in the first division, first district, this court at the October term, 1945; opinion filed January 7, 1946; rehearing denied January 23, 1946; released for publication January 24, 1946. Aiken, McCurry, Bennett & Cleary, for appellant; Charles R. Aiken, of counsel; Bohrer, Blackman & Loman, for appellees; Maurice M. Loman, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.